IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

### AFFIDAVIT OF ERIC MENHART

I, Eric Menhart, an attorney admitted *pro hac vice* in this matter, declare as follows:

1. I am a member of the District of Columbia Bar and am counsel of record for Plaintiff in this action.

2. On June 22, 2012, I sent notice of this action to the registrant of the domain names ACOINS.COM, GOLD-PRICES.COM, GOLDCOINS.ORG, GOLDINFO.NET, GOLDPRICES.COM, RARECOINS.COM, RARECOINS.ORG, and SILVERINFO.NET pursuant to 15 USC 1125(d)(2)(A)(ii)(II)(aa).

3. Registrant has provided no response for a period in excess of 40 days.

I solemnly declare and affirm under the penalties of perjury that the foregoing statements are true.

_____     08/02/2012
Eric J. Menhart*                    _____
* Admitted *Pro Hac Vice*           Date

Exhibit #1