IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

## **[PROPOSED] ORDER**

In consideration of Plaintiff's "Motion for Service by Publication" it is hereby

ORDERED that Plaintiff shall publish a single notice of this action in *The Washington Post* within fourteen (14) days of this order, and it is further

ORDERED that, upon publication, Plaintiff shall have complied with the requirements of 15 U.S.C. 1125(d)(2)(A)(ii)(II)(bb) for purposes of this action.

_____

Judge, U.S. District Court