IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON MOTION**
**FOR SERVICE BY PUBLICATION**

Please take notice that, pursuant to Local Civil Rule 7(E), Plaintiff Austin Rare Coins, Inc. respectfully waives oral argument on Plaintiff's Motion for Service by Publication.

Respectfully submitted,

By:_____/s/_____
Lynndolyn T. Mitchell
VSB #35241
Law Offices of Lynndolyn T. Mitchell, P.C.
401 E. Jefferson Street Suite 201
Rockville, MD 20850
Phone: (301) 340-2541
Fax: (204) 238-7061
Lynndolyn@lynnmitchell4law.com

By: _____/s/_____
Eric J. Menhart*
* Admitted *Pro Hac Vice*
Lexero Law
1200 G St NW Suite 800
Washington, DC 20005
Phone: 202-904-2818
Fax: 202-403-3436
Eric.Menhart@Lexero.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

_____/s/_____
LYNNDOLYN T. MITCHELL