IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

### NOTICE RE SERVICE BY PUBLICATION

Pursuant to the Court's Order, undersigned counsel published notice of this action in *The Washington Post* on August 16, 2012. Proof of publication is attached hereto.

Respectfully submitted,

By:_____/s/_____          By: _____/s/_____
Lynndolyn T. Mitchell                                           Eric J. Menhart*
VSB #35241                                                          * Admitted *Pro Hac Vice*
Law Offices of Lynndolyn T. Mitchell, P.C.     Lexero Law
401 E. Jefferson Street Suite 201                      1200 G St NW Suite 800
Rockville, MD 20850                                           Washington, DC 20005
Phone: (301) 340-2541                                       Phone: 202-904-2818
Fax: (204) 238-7061                                             Fax: 202-403-3436
Lynndolyn@lynnmitchell4law.com                Eric.Menhart@Lexero.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

_____/s/_____
Eric J. Menhart