IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

_____

| | | |
|---|---|---|
| AUSTIN RARE COINS, INC. | ) | |
| V. | ) | Case No. 1:12-cv-00678-GBL-TRJ |
| | ) | |
| ACOINS.COM, et al. | ) | |
| _____ | ) | _____ |

**CORRECTED  CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice Regarding Publication was filed on August 28, 2012 via ECF, and all parties of record were automatically notified via that system.


_____/s/_____

Lynndolyn T. MItchell