IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 12th day of September, 2012, that I am the attorney of record for the plaintiff in the above-entitled case. I further certify that the defendant(s) ACoins.com, et al. were served, pursuant to the Court's Order, via publication in *The Washington Post* on August 16, 2012.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); and no extension has been given, the time for filing has expired and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).


Respectfully submitted,

By:_____/s/_____  
Lynndolyn T. Mitchell  
VSB #35241  
Law Offices of Lynndolyn T. Mitchell, P.C.  
401 E. Jefferson Street Suite 201  
Rockville, MD 20850  
Phone: (301) 340-2541  
Fax: (204) 238-7061  
Lynndolyn@lynnmitchell4law.com  

By: _____/s/_____  
Eric J. Menhart*  
* Admitted *Pro Hac Vice*  
Lexero Law  
1200 G St NW Suite 800  
Washington, DC 20005  
Phone: 202-904-2818  
Fax: 202-403-3436  
Eric.Menhart@Lexero.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

| | |
|---|---|
| By:_____/s/_____ | By: _____/s/_____ |
| Lynndolyn T. Mitchell | Eric J. Menhart* |
| VSB #35241 | * Admitted *Pro Hac Vice* |
| Law Offices of Lynndolyn T. Mitchell, P.C. | Lexero Law |
| 401 E. Jefferson Street Suite 201 | 1200 G St NW Suite 800 |
| Rockville, MD 20850 | Washington, DC 20005 |
| Phone: (301) 340-2541 | Phone: 202-904-2818 |
| Fax: (204) 238-7061 | Fax: 202-403-3436 |
| Lynndolyn@lynnmitchell4law.com | Eric.Menhart@Lexero.com |