IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT
PURSUANT TO FED. R. CIV. P. 55**

Plaintiff Austin Rare Coins, Inc. respectfully requests that the Clerk enter a Default against all Defendants in this matter, pursuant to Fed. R. Civ. P. 55(a). An affidavit in support of this request is attached as Exhibit #1.

Respectfully submitted,

By:_____/s/_____
Lynndolyn T. Mitchell
VSB #35241
Law Offices of Lynndolyn T. Mitchell, P.C.
401 E. Jefferson Street Suite 201
Rockville, MD 20850
Phone: (301) 340-2541
Fax: (204) 238-7061
Lynndolyn@lynnmitchell4law.com

By: _____/s/_____
Eric J. Menhart*
* Admitted *Pro Hac Vice*
Lexero Law
1200 G St NW Suite 800
Washington, DC 20005
Phone: 202-904-2818
Fax: 202-403-3436
Eric.Menhart@Lexero.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

| | |
|---|---|
| By:_____/s/_____ | By: _____/s/_____ |
| Lynndolyn T. Mitchell | Eric J. Menhart* |
| VSB #35241 | * Admitted *Pro Hac Vice* |
| Law Offices of Lynndolyn T. Mitchell, P.C. | Lexero Law |
| 401 E. Jefferson Street Suite 201 | 1200 G St NW Suite 800 |
| Rockville, MD 20850 | Washington, DC 20005 |
| Phone: (301) 340-2541 | Phone: 202-904-2818 |
| Fax: (204) 238-7061 | Fax: 202-403-3436 |
| Lynndolyn@lynnmitchell4law.com | Eric.Menhart@Lexero.com |