IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUSTIN RARE COINS, INC.<br><br>v.<br><br>ACOINS.COM, et al. | Case No. 1:12-cv-00678-GBL-TRJ |

## [PROPOSED] ORDER

In consideration of Plaintiff's "Request for Clerk's Entry of Default Pursuant to Fed. R. Civ. P. 55" it is hereby

ORDERED that the Clerk shall enter a Default as to each of the named Defendants in this matter.

_____
Judge, U.S. District Court