IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AUSTIN RARE COINS, INC.,                    )
                                            )
    Plaintiff,                              )
                                            )
    v.                                      )        Case No. 1:12-cv-00678-GBL-TRJ
                                            )
ACOINS.COM, et al.,                         )
                                            )
    Defendants.                             )

## ORDER

On September 27, 2012, the Clerk of the Court entered default judgment against Defendants ACOINS.COM, GOLD-PRICES.COM, GOLDCOINS.ORG, GOLDINFO.NET, GOLDPRICES.COM, RARECOINS.COM, RARECOINS.ORG and SILVERINFO.NET pursuant to Federal Rule of Civil Procedure 55(a) (Doc. 15). Plaintiff, however, has failed to file a motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that:

(1) Plaintiff shall file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this court has subject matter jurisdiction, including how each defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) Plaintiff can receive the damages and any further relief sought, with specific references to affidavits, declarations, or other evidence supporting relief; and

(2) Plaintiff shall file a Notice setting the hearing of the motion for default judgment for **10:00 a.m. on Friday, November 9, 2012** before the magistrate judge to whom the action is

referred, and mail copies of the notice, motion, and memorandum to each defaulting defendant at that defendant's last known address, certifying the same to the court.

The Clerk is directed to forward a copy of this Order to counsel of record and to defendant(s) at the address(es) listed in the case file.

**IT IS SO ORDERED**.

ENTERED this ___ day of October, 2012.


Alexandria, Virginia
10 / / 2012

_____/s/_____
Gerald Bruce Lee
United States District Judge

2