IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AUSTIN RARE COINS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-678 (GBL/TRJ) |
| | ) | |
| ACOINS.COM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the November 29, 2012 Report and Recommendation of United States Magistrate Judge Jones, (Dkt. No. 21), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

**ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Jones. Accordingly, Plaintiffs' Motion for Default Judgment (Dkt. No. 17) is **GRANTED** as to Count I, violation of the Anti-Cybersquatting Consumer Protection Act. It is further

**ORDERED** that the Clerk of Court enter default judgment in favor of Plaintiff Austin Rare Coins, Inc., and against Defendants ACOINS.COM, GOLD-PRICES.COM, GOLDCOINS.ORG, GOLDINFO.NET, GOLDPRICES.COM, RARECOINS.COM, RARECOINS.ORG, and SILVERINFO.NET. It is further

**ORDERED** that the domain name registrar transfer the following Defendant domain names to the Plaintiff: ACOINS.COM, GOLD-PRICES.COM, GOLDCOINS.ORG, GOLDINFO.NET, GOLDPRICES.COM, RARECOINS.COM, RARECOINS.ORG, and SILVERINFO.NET.

The Clerk is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED.**

ENTERED this ___ day of January, 2013.

Alexandria, Virginia
1 / 7 / 2013

/s/
Gerald Bruce Lee
United States District Judge